# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CARL STEWART

NO. 2023 KW 1041

DECEMBER 4, 2023

---

In Re: Carl Stewart, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 85-CRC-40206.

---

BEFORE: McCLENDON, HESTER, AND MILLER, JJ.

WRIT DENIED.

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT